TAM:DBS

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND CHESNA WHITE, REVENUE OFFICER, INTERNAL REVENUE SERVICE, | ) MISC. NO. 1-06-MC-404 ) ) ) ) |
| Plaintiffs, | ) JUDGE CONNER ) |
| v. | ) ) |
| SHAHNAWAZ M. MATHIAS, | ) ) |
| Defendant. | ) ELECTRONICALLY FILED |

FILED
HARRISBURG
APR 26 2007
MARY E. D'A...
Per_____ /s/ _____ CLERK
         Deputy Clerk

## ORDER

AND NOW, this 26TH day of April, 2007, the Complaint herein having come on for hearing, and the Defendant having appeared in person and having shown no cause why he should not produce the required information, it is

ORDERED, ADJUDGED AND DECREED that Defendant, obey the Summons served upon him on June 7, 2006 by giving testimony and by producing the books, records and other information as required by said Summons, before Revenue Officer White or any properly designated

officer of the Internal Revenue Service by June 7, 2007, by 5:00 p.m. at the offices of the Internal Revenue Service, 1720 Hempstead Road, Lancaster, Pennsylvania, and it is further

ORDERED, ADJUDGED AND DECREED that failure of the Defendant to obey this Order and comply with the Internal Revenue Summons that was served upon him on June 7, 2006, may result in a Bench Warrant being issued and the Defendant being taken into custody by the United States Marshals and brought before the Court to show cause why he should not be held in contempt of court for willful disregard of this Order.  If the Defendant is found to be in contempt of court, a coercive fine in the amount of $500.00 per day may be imposed against the Defendant for each day that the Defendant continues his willful disregard of this Order and/or the Court may remand the Defendant to the custody of the Attorney General until such time as the Defendant purges his contempt. And it is further

ORDERED, ADJUDGED AND DECREED that the United States of America recover its costs incurred in enforcing the Summons.

                                                      Judge Conner
United States District Court